IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBY JAMES DERAMUS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:08cv506-TMH ) (WO) |
| SHERIFF HERBIE JOHNSON, *et al.*, | ) ) |
| Defendants. | ) |

**OPINION and ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on January 16, 2009 (Doc. # 19), that this case be dismissed without prejudice for the plaintiff's failure to properly prosecute this action and his failure to comply with the orders of the court. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for the plaintiff's failure to properly prosecute this action and his failure to comply with the orders of the court. An appropriate judgment will be entered.

Done this the 11th day of February, 2009.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE